# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| JUNIOR OATMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:18-CV-00089-JRH-BKE |
| v. ) | |
| ) | |
| AUGUSTA COLLECTION ) | |
| AGENCY, INC. ) | |
| ) | |
| Defendant. ) | |

## **STIPULATION OF DISMISSAL**

NOW INTO COURT, comes, Plaintiff, Junior Oatman, and Defendant, Augusta Collection Agency, Inc., which file this Stipulation of Dismissal Plaintiff's claims against said Defendant, with prejudice and without costs to either party.

DATED: November 9, 2020

                                                Respectfully submitted,

                                                By: */s/ Matthew Landreau*
                                                Matthew J. Landreau
                                                Landreau Firm, LLC
                                                Georgia Bar No. 301329
                                                5113 Sumter Ct.
                                                Midland, GA 31820
                                                Telephone: (706) 341-8714
                                                E-Mail: matt.landreau@gmail.com
                                                Attorney for Plaintiff,
                                                Junior Oatman

AND

By: /s/<u>Christopher A. Cosper</u>
Christopher A. Cosper
801 Broad Street
Seventh Floor
August, GA 30901
(706) 722-4481

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14-point Times New Roman font in accordance with Local Rule 5.1(C).

Dated: November 9, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of filing to all counsel of record.